Walter Janvier, Inc., v. The Clinical Laboratories Company.— Motion granted provided that appeals are argued or submitted not later than April 2, 1931, unless the parties stipulate otherwise, and without prejudice to due service of the subpœna duces tecum and subpœna served upon Arnold Bonbrake, treasurer of defendant. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Miami Beach Bank and Trust Company v. Clarence P. Goldberg and Others, as Executors, etc., of Philip Goldberg, Deceased.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Marion Humbert v. John Horace Humbert.— Motion granted upon condition that defendant pay fifty dollars weekly alimony pending appeal and procure the appeal to be brought on for argument not later than April 2, 1931, unless the parties stipulate otherwise. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Louis H. Schleider, an Attorney.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Moses N. Schleider, an Attorney.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Chauncey E. Treadwell, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Martha S. Medaris, Respondent, v. J. Canby Morgan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Gwendolyn Modeste and Others, Appellants, v. Patrick Cass, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

International Dress Company, Inc., Respondent, v. International Frocks, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Appellant, v. Charles W. Berry, as Comptroller of the City of New York, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Appellant, v. George J. Ryan, as President of the Board of Education of the City of New York, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Harry M. Durning, Respondent, for a Peremptory Mandamus Order against Patrick J. Reville, as Superintendent of Buildings of the Borough of The Bronx, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ. [137 Misc. 173.]